Prepared by State Reporter from Appeal Papers

EDWARD J. RICHARDSON, Appellant, *v.* JOHN H. GREGORY, Respondent.

*Contract — promise — consideration — action to recover money promised to be paid — complaint dismissed as not stating sufficient consideration.*

*Richardson* v. *Gregory*, 219 App. Div. 211, affirmed.

(Argued March 28, 1927; decided May 3, 1927.)

APPEAL from a judgment, entered February 11, 1927, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which reversed an order of Special Term denying a motion by defendant for judgment on the pleadings and granted said motion. The action was to recover a sum of money alleged to have been promised plaintiff by defendant if certain property was sold. The question was whether the complaint as amplified by a bill of particulars stated a sufficient consideration.

*H. D. Bailey* for appellant.

*George S. Van Schaick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under the Will of GEORGE P. POLLEN, Deceased.

FRITZ L. SCHMIDT, JR., Appellant; ROSALIE F. JANOER, Respondent.

*Attorneys — lien — substitution of attorneys — lien for services.*

*Matter of Pollen*, 219 App. Div. 714, affirmed.

(Argued May 2, 1927; decided May 3, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 9, 1927, which modified and affirmed as modified